Andrew Rundquist
6199929148
Law Office of Andrew P. Rundquist

San Diego, California 92101
Representing: AmerAssist A/R Solutions, Inc.                    File No. 8144357

Superior Court of California, United States District Court County

Southern District of California - District - San Diego

| | |
|---|---|
| Allan Avelar | Case No. 3:22-cv-01102-RSH-MSB |
| Plaintiff/Petitioner | |
| vs. | Proof of Service of: |
| AmerAssist A/R Solutions, Inc. | Complaint, Summons |
| Defendant/Respondent | |
| | Service on: |
| | AmerAssist A/R Solutions, Inc. |
| | |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

OL# 1570207

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Law Office of Andrew P. Rundquist<br>Andrew Rundquist SBN 262523<br>501 W Broadway, Suite A144<br>San Diego, California 92101<br>      TELEPHONE NO: 6199929148   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: andrew@rundquistlaw.com<br>   ATTORNEY FOR *(Name)*: Allan Avelar | | Ref. No. or File No.: 8144357 (1570207) | FOR COURT USE ONLY |
|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court*<br>Southern District of California - District - San Diego<br>333 West Broadway<br>Southern District of California, 92101-8900 | | | |
| PLAINTIFF:<br>Allan Avelar | | | |
| DEFENDANT:<br>AmerAssist A/R Solutions, Inc. | | | |
| **PROOF OF SERVICE** | DATE:     TIME:     DEPT/DIV: | | CASE NUMBER:<br>3:22-cv-01102-RSH-MSB |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons

2. Party Served: AmerAssist A/R Solutions, Inc.

3. Person Served: Mai Houa Yang- Agent for service

4. Date and Time of Delivery: December 28, 2022 at 1:34 pm PST

5. Address, City and State:
1325 J Street, Suite 1550 Sacramento, 95814

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $80.00

Registered California process server.
County: Sacramento
Registration No.: 2012-37

InfoTrack USA
1400 N. McDowell Blvd., Suite 300
Petaluma, CA 94947
800.938.8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on **Dec 29, 2022** at Petaluma, California.

*/s/ Brandon Ortiz*

PROOF OF SERVICE

OL#1570207